UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Park B. Smith Inc.,<br><br>    Plaintiff,<br>v.<br><br>CHF Industries, Inc.,<br><br>    Defendant. | Case No.: 06 Civ. 00869 (LMM)(JCF)<br><br>[PROPOSED]<br><br>ORDER TO EXTEND TIME |

The parties having stipulated and agreed to extend the time for the filing and service of the opposition by plaintiff Park B. Smith, Inc. ("Plaintiff") to defendant CHF Industries, Inc.'s ("Defendant") motion for summary judgment filed with the Court on April 16, 2009 (the "Motion") and extending the time for the filing and service of the reply by Defendant:

IT IS HEREBY ORDERED the Plaintiff's opposition to the Motion is to be served and filed with this Court by ECF filing on July 15, 2009 and Defendant shall serve and file its reply with this Court by ECF on July 29, 2009.

Dated: 5/5/09

JUDGE LAWRENCE M. McKENNA
Sr. Judge United States
District Court Judge for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Park B. Smith Inc., <br><br>            Plaintiff, <br> v. <br><br> CHF Industries, Inc., <br><br>            Defendant. | Case No.: 06 Civ. 00869 (LMM)(JCF) <br><br> STIPULATION |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, being the counsel for the parties to the above-captioned action, the date for filing and service of plaintiff Park B. Smith Inc.'s opposition to defendant CHF Industries, Inc. Motion for Summary Judgment filed with the Court on April 16, 2009 (the "Motion"), is extended to July 15, 2009, and CHF Industries, Inc.'s reply shall be filed and served on July 29, 2009. There have been no previous requests for extensions related to the Motion.

A proposed order is annexed hereto.

RESPECTFULLY SUBMITTED this 1st day of May, 2009.

| THOMPSON HINE LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| By /s/ Michael De Palma | By /s/ |
| Richard A. De Palma | Stephen L. Sulzer |
| 335 Madison Avenue, 12th Floor | 1875 Eye Street N.W., Suite 1100 |
| New York, New York 10017 | Washington, DC 20006 |
| Phone: (212) 344-5680 | Phone: (202) 331-7111 |
| Fax: (212) 344-6101 | Fax: (202) 293-6229 |
| Email: richard.depalma@thompsonhine.com | Email: ssulzer@cblh.com |
| Attorneys for Plaintiff Park B. Smith Inc. | Attorneys for Defendant CHF Industries, Inc. |