Our Ref: 1615.100

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Park B. Smith, Inc.,

    Plaintiff,

v.

CHF Industries, Inc.,

    Defendant.

Case No. 06CV869 (LMM)(JCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/09

## REVISED SCHEDULING ORDER

McKENNA, D.J.

Revising the *Order to Extend Time* dated May 5, 2009 (modified on May 8, 2009) (Docket No. 78), the following deadlines apply:

1. Plaintiff's Opposition to Defendant's Motion for Summary Judgment for Non-Infringement, or in the Alternative, Invalidity (Docket No. 75), shall be served and filed on <u>October 13, 2009</u>.

2. Defendant's Reply to Plaintiff's Opposition shall be served and filed on <u>November 12, 2009</u>.

Dated:    New York, New York

        7/16/09

SO ORDERED

_____
LAWRENCE M. McKENNA
U.S.D.J.

Counsel for Plaintiff, Park B. Smith, Inc.:

    Peter J. Phillips (PP7912)
    Donald C. Lucas (DL6675)
    Lucas & Mercanti, LLP
    475 Park Avenue South
    New York, New York 10016
    Tel: (212) 661-8000
    pjp@lmiplaw.com
    dcl@lmiplaw.com
    info@lmiplaw.com

Counsel for Defendant, CHF Industries, Inc.:

    Stephen L. Sulzer (SS1234)
    Todd P. Taylor (TT1234)
    Connolly Bove Lodge & Hutz LLP
    1875 Eye Street, N.W., Suite 1100
    Washington, DC 20006
    (202) 331-7111

    A. Joy Arnold (AA4119)
    Sheppard Mullin Richter & Hampton LLP
    30 Rockefeller Plaza
    24th Floor
    New York, NY 10112
    (212) 332-5025

## CERTIFICATE OF SERVICE

I certify that on July 15, 2009, a [Proposed] *Revised Scheduling Order* was electronically filed with:

>Clerk of the Court
>United States District Court for the Southern District of New York
>Daniel Patrick Moynihan United States Courthouse
>500 Pearl Street
>New York, NY  10017

On the same date, one copy of the [Proposed] *Revised Scheduling Order* was sent to counsel for Defendant, CHF Industries, Inc.:

By Hand Delivery

>A. Joy Arnold (AA4119)
>Sheppard Mullin Richter & Hampton LLP
>30 Rockefeller Plaza
>24th Floor
>New York, NY  10112
>(212) 332-5025

Via Federal Express

>Stephen L. Sulzer (SS1234)
>Todd P. Taylor (TT1234)
>Connolly Bove Lodge & Hutz LLP
>1875 Eye Street, N.W., Suite 1100
>Washington, DC  20006
>(202) 331-7111

>Peter J. Phillips

## CERTIFICATE OF SERVICE

I certify that on July 15, 2009, a [Proposed] *Revised Scheduling Order* was electronically filed with:

>Clerk of the Court
>United States District Court for the Southern District of New York
>Daniel Patrick Moynihan United States Courthouse
>500 Pearl Street
>New York, NY 10017

On the same date, one copy of the [Proposed] *Revised Scheduling Order* was sent to counsel for Defendant, CHF Industries, Inc.:

By Hand Delivery

>A. Joy Arnold (AA4119)
>Sheppard Mullin Richter & Hampton LLP
>30 Rockefeller Plaza
>24th Floor
>New York, NY 10112
>(212) 332-5025

Via Federal Express

>Stephen L. Sulzer (SS1234)
>Todd P. Taylor (TT1234)
>Connolly Bove Lodge & Hutz LLP
>1875 Eye Street, N.W., Suite 1100
>Washington, DC 20006
>(202) 331-7111

_____
Peter J. Phillips

3